# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHELLE STRICKLAND,

    Plaintiff,

v.     Case No: 6:21-cv-14-RBD-EJK

PURUCKER RESTAURANT LLC,

    Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediator's Report (Doc. 26) indicating that the parties have reached a tentative settlement. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 22, 2021.



ROY B. DALTON JR.
United States District Judge